# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Dmitry Pronin, | ) | C/A No.: 5:13-cv-3423 DCN KDW |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Scott Duffey, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court pursuant to plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. This motion was filed on January 9, 2014. After careful consideration, it is therefore

**ORDERED**, that the plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED.**

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

January 14, 2014
Charleston, South Carolina